UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

     Plaintiff,

                                     Case No. 1:20-cv-1047

v.

                                     HON. JANET T. NEFF

JOHN MARSHALL ROGERS, et al.,

     Defendants.

_____/

**<u>ORDER OF RECUSAL</u>**

     I recuse myself under 28 U.S.C. § 455(a) and (b)(5) from further participation in this case due to being named as a defendant in this matter.  The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

     **IT IS SO ORDERED**.

Dated:  November 3, 2020                    /s/ Janet T. Neff
                                            JANET T. NEFF
                                            United States District Judge